```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MOBILEYE, INC.,                      :
MOBILEYE TECHNOLOGIES LIMITED,       :
                                     :
        Plaintiffs,                  :         12 Civ. 1994 (JSR)
                                     :
        -v-                          :         AMENDED ORDER
                                     :
PICITUP CORP., PICITUP ISRAEL, LTD., :
IONROAD, LTD., IONROAD TECHNOLOGIES  :
LTD.                                 :
                                     :
        Defendants.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Pending before the Court is defendants' June 8, 2012 Request to Take Evidence Abroad pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. This request is denied for substantially the reasons set forth in plaintiffs' letter opposing the request. This Amended Order replaces docket number 27 on the docket of this case. The Clerk of the Court is directed to remove docket number 27 and file this Amended Order in its place.

SO ORDERED.

Dated: New York, NY
June 19, 2012

JED S. RAKOFF, U.S.D.J.